FILED

05/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0233

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Cause No. DA 24-0233

_____

FLATHEAD PROPERTIES, L.L.C., a WA L.L.C., Appellant,

                Appellant,

     vs.

FLATHEAD COUNTY, a political subdivision of the State of Montana,

          Appellee.

_____

**ORDER**

_____

Upon consideration of Appellant counsel's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's counsel is granted an extension of time to and including July 5, 2024, within which to prepare, file, and serve Appellant's Opening Brief on appeal.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 31 2024